IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION LLC, | * | |
| *Plaintiff*, | * | |
| v. | * | Civil Action No. _____ |
| THOSE CERTAIN PARCELS IN BALTIMORE COUNTY AND HARFORD COUNTY, MARYLAND, LOCATED ON PARCEL IDENTIFICATION NUMBER 19-00-002771 OWNED BY 34 LOVETON, LLC; ON PARCEL IDENTIFICATION NUMBER 08-02-059170 AND PARCEL IDENTIFICATION NUMBER 08-02-060550 AND PARCEL IDENTIFICATION NUMBER 08-02-060551 OWNED BY KENNETH THOMAS BOSLEY AND PHYLLIS BUNKER BOSLEY; ON PARCEL IDENTIFICATION NUMBER 08-02-004940 OWNED BY BALAMA FARMS, INC. WITH KENNETH T. BOSLEY AS RESIDENT AGENT; ON PARCEL IDENTIFICATION NUMBER 24-00-011870 AND PARCEL IDENTIFICATION NUMBER 24-00-011869 AND PARCEL IDENTIFICATION NUMBER 24-00-011865 OWNED BY GRACE HOMES, INC.; ON PARCEL IDENTIFICATION NUMBER 22-00-013-320 AND ON PARECEL IDENTIFICATION NUMBER 21-00-003003 OWNED BY LIBERTY PROPERY LIMITED PARTNERSHIP; ON PARCEL IDENTIFICATION NUMBER 04-065409 AND PARCEL IDENTIFICATION NUMBER 04-065417 AND PARCEL IDENTIFICATION NUMBER 04-057090 OWNED BY CAROLINE C. STAUTBERG. | * * * * * * * * * * * * | |
| 34 LOVETON, LLC<br>**Resident Agent:**<br>David H. Devillers<br>34 Loveton Circle, Suite 100<br>Sparks, Maryland 21152 | * * * | |
| BALAMA FARMS, INC.<br>**Resident Agent:**<br>Kenneth T. Bosley<br>P.O. Box 585 | * * | |

      Sparks, Maryland 21152                                                    *

KENNETH THOMAS BOSELY                      *
     14611 York Road
     Sparks Glencoe, Maryland 21152            *

PHYLLIS BUNKER BOSLEY                       *
     14611 York Road
     Sparks Glencoe, Maryland 21152            *

GRACE HOMES, INC.                              *
     **Resident Agent:**
     William M. Cladwell                          *
     712 Ivy Hill Road
     Cockeysville, Maryland 21030             *

LIBERTY PROPERY LIMITED                  *
PARTNERSHIP
     500 Chesterfield Parkway                 *
     Malvern, Pennsylvania 19355
                                                            *

     **Resident Agent:**
     CSC-Lawyers Inc. Service Co.             *
     7 St. Paul Street, Suite 1660
     Baltimore, Maryland 21202               *

CAROLINE C. STAUTBERG                     *
     3103 Jarrettsville Pike
     Monkton, Maryland 21111                 *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT IN CONDEMNATION

### NATURE OF THE CASE

1.     Plaintiff Columbia Gas Transmission LLC ("Columbia"), pursuant to its power of eminent domain as authorized by Section 7h of the Natural Gas Act, 15 U.S.C. § 717f (h) and Federal Rule of Civil Procedure 71.1 (2013), files this action for: (i) the taking of certain interests in real property; (ii) immediate entry and possession of the real property; and (iii) the ascertainment and award of just compensation and damages to the following real property owners: 34 Loveton, LLC ("Loveton"), Kenneth Thomas Bosley and Phyllis Bunker Bosley (the

"Bosleys"); Balama Farms Inc., having Kenneth T. Bosley, as Resident Agent ("Balama"); Grace Homes, Inc. ("Grace Homes"); Liberty Property Limited Partnership ("Liberty"), Caroline C. Stautberg ("Ms. Stautberg"); and any other interested parties (collectively the "Landowners").

### JURISDICTION AND VENUE

2. This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1331 and Section 7h of the Natural Gas Act, 15 U.S.C. § 717f (h) because: (a) Columbia is the holder of a Certificate of Public Convenience and Necessity for, among other things, to construct and operate the proposed natural gas pipeline facilities within the State of Maryland; (b) Columbia, despite negotiating in good faith, has been unable to reach an agreement with the Landowners as to compensation for the temporary license for interests necessary for geotechnical surveys; (c) the interests in the real property that Columbia seeks to take by eminent domain are located within the District of Maryland; and (d) the value of the property interests to be taken exceeds $3,000.00, or the Landowners claim that the value of such easements exceeds $3,000.00.

3. Venue is proper pursuant to 28 U.S.C. § 1391 (b) (2013).

### PARTIES

4. Columbia is a Delaware limited liability company with an office located at 1700 MacCorkle Avenue SE, Charleston, West Virginia 25314. Columbia's sole member is Columbia Energy Group, a Delaware corporation, with its principal place of business at 200 Civic Center Drive, Columbus, Ohio 43215. Columbia is an interstate natural gas company as defined by Section 717a(6) of the Natural Gas Act, 15 U.S.C. § 717 et. seq., and as such, is qualified to construct, own, operate, and maintain pipelines for the transmission of natural gas and constituents thereof. Columbia's authorization to transport natural gas in interstate commerce is

granted by and subject to the jurisdiction of the Federal Energy Regulatory Commission ("FERC").

5. 34 Loveton, LLC, upon information and belief is a limited liability company organized in the state of Maryland and record owner of a certain parcel of real property in the Eighth Election District, Baltimore County, Maryland, described as Parcel Identification Number 19-00-002771, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 14913, at Folio 172, (the "Loveton Property"). The 34 Loveton Property is depicted on the plat(s) attached hereto as Exhibit 1.

6. Balama Farms Inc., upon information and belief, a domestic corporation organized and existing in the State of Maryland and record owner of a certain parcel of real property in the Eighth Election District, Baltimore County, Maryland, described as Parcel Identification Number 08-02-004940, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 4866, at Folio 382, (the "Balama Property"). The Balama Property is depicted on the plat(s) attached hereto as Exhibit 2.

7. The Bosleys are residents of Baltimore County, Maryland and record owners of a certain parcel of real property in the Eighth Election District, Baltimore County, Maryland, described as Parcel Identification Number 08-02059170, 08-02-060550, and 08-02-060551, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 4194, at Folio 188, in Liber 4976, at Folio 173, and in Liber 4976, at Folio 173, (the "Bosley Property"). The Bosley Property is depicted on the plat(s) attached hereto as Exhibit 3.

8. Grace Homes, Inc. is, upon information and belief, a domestic corporation organized and existing in the State of Maryland and record owner of certain parcels of real property in the Eighth Election District, Baltimore County, Maryland, described as Parcel

Identification Number 24-00-011870, 24-00-011869, 24-00-011865, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 12664, at Folio 745 and Liber 7759, at Folio 375, (the "Grace Homes Property"). The Grace Homes Property is depicted on the plat(s) attached hereto as Exhibit 4.

9. Liberty Property Limited Partnership is, upon information and belief, a limited partnership organized under the laws of Pennsylvania and is record owner of certain parcels of real property in the Eighth Election District, Baltimore County, Maryland, described as Parcel Identification Numbers 21-00-003003, 22-00-013320, as is more particularly described in a deed recorded in the land records of Baltimore County, Maryland, in Liber 21185, at Folio 322 (the "Liberty Property"). The Liberty Property is depicted on the plat(s) attached hereto as Exhibit 5.

10. Ms. Stautberg is a resident of Harford County, Maryland, and record owner of a certain parcel of real property in Fourth Election District, Harford County, Maryland, described as Parcel Identification Number 04-065409, 04-065417, 04-057090, as is more particularly described in a deed recorded in the land records of Harford County, Maryland, in Liber 8972, at Folio 74 (the "Stautberg Property" and, together with the Grace Homes Property, the Bosley Property, and the Balama Property, the "Landowners' Properties"). The Stautberg Property is depicted on the plat(s) attached hereto as Exhibit 6.

## FACTS

11. Columbia is in the business of transporting natural gas in interstate commerce pursuant to authorization granted by FERC. As such, Columbia is subject to the jurisdiction of FERC.

12. Since the 1950s, Columbia has operated a 26-inch natural gas pipeline ("Line MA") in and around Baltimore County, Maryland.

13. On or about November 21, 2013, FERC issued to Columbia a Certificate of Public Convenience and Necessity ("FERC Certificate") authorizing Columbia "to construct and operate the proposed facilities" in Baltimore and Harford Counties, Maryland, a span of approximately 21.5 miles. A copy of the FERC Certificate is attached as Exhibit 7.

14. Although Columbia has its Certificate in hand for the regulatory authority to construct the pipeline at issue, it is seeking permitting authority to lay the line through and crossing streams along the footprint from, primarily, the United States Army Corps of Engineers (the "Corps") and the Maryland Department of the Environment ("MDE").

15. The Corps and/or the MDE are requiring geotechnical surveys' of these streams to aid in their final determination of crossing methodology of crossing a number of the streams is horizontal directional drill ("HDD") by which Columbia will not open-cut a stream, but, instead, bore underneath the stream from one property to another on each side, provided that the properties are deemed suitable for such HDDs.

16. In order for Columbia to gather technical information needed to support the requirement of alternatives analysis for stream crossing methodology of HDDs being filed with the Corps and MDE, Columbia must to access the Landowners' Properties to conduct minimally invasive geotechnical surveys, largely consisting of core samples drilled to the proposed depth for HDD to evaluate the subsurface for feasibility for HDD construction. The diameter of the bore holes necessary to extract such a sample is approximately 8 inches and the anticipated depth approximately between 100 and 320 feet for each.

17. Columbia has a deadline of March 1, 2014 by which it needs to submit the geotechnical core sample analysis to the Corps and/or MDE in order to keep on the construction timeline in connection with the extension of Line MA.

18. Columbia cannot perform the geotechnical surveys for the HDD core samples until it acquires certain temporary permits for access as to the Landowners' Properties. These temporary permits are necessary to compile the data needed for the applications to the Corps and MDE to determine if HDD is practicable and/or desirable under the water bodies identified by the Corps and MDE as the preferred method for Columbia's work in connection with the replacement of Line MA. Columbia has reached agreements for HDD surveys with landowners in Baltimore County, Maryland, for the geotechnical surveys phase except for Loveton, Balama, the Bosleys, Grace Homes, Liberty, and Ms. Stautberg.

19. The core samples, staging area for the boring equipment and access are as fully set forth in the exhibits attached hereto and show the locations thereof.

   a. Columbia must access the Stautberg Property for bore hole Nos. 2 and 3. The location of bore hole Nos. 2 and 3 is shown on Exhibit 8 attached hereto.

   b. Columbia must access the Grace Homes Property for bore hole Nos. 22 and 24. Columbia must access the Liberty Property for bore hole No. 22 and must access the Loveton Property for bore hole No. 24. The location of bore hole Nos. 22 and 24 is shown on Exhibit 9 attached hereto.

   c. Columbia must access the Balama Property and the Bosley Property for bore hole No. 25. The location of bore hole No. 25 is shown on Exhibit 10 attached hereto.

20. After Columbia completes the geotechnical surveys needed for the HDD, it will restore or clean-up the same and compensate the Landowners for actual losses that exceed the $3,000 estimated for the ground disturbance and core sampling.

18. The Landowners shall retain the right to use the Landowners' Properties during the geotechnical surveys, subject to safety concerns and setback needs, in any manner that will not interfere with the surveys.

19. Columbia requests the right for immediate possession for access to the Landowners' Properties for purposes of geotechnical surveys including core samples required to support the HDD proposals for stream crossings to be filed with the Corps and MDE in connection with the extension of Line MA as described above.

20. Columbia has negotiated with the Landowners and made bona fide efforts to acquire the necessary temporary licenses by agreement but has been unable to obtain any such rights by contract, or to agree with the Landowners upon the compensation to be paid.

21. Pursuant to the authority granted to it by section 7(h) of the Natural Gas Act, 15 U.S.C. § 717f(h), Columbia now seeks to take by eminent domain access needed to conduct geotechnical studies to determine practicability of HDDs.

22. Columbia requests a trial for the purpose of determining just compensation pursuant to Rule 71.1(h).

WHEREFORE, Columbia respectfully requests that this Court:

1. Enter an Order of Judgment of Taking by Eminent Domain as to access for surveys including core sampling, as described herein;

2. Allow Columbia immediate entry upon the Properties described above prior to the determination of compensation and damages upon deposit with the Court of a sum of money representing the value of such temporary licenses as determined by Columbia's land rights valuation analyses for that area;

3. Grant Columbia's request for a later trial for the purpose of determining just compensation pursuant to Rule 71.1(h).

4. Ascertain and award just compensation and damages to the Landowners for the incidental taking of the temporary licenses; and

5. Grant such other relief as may be just and proper.

[Remainder of this page intentionally left blank.]

Dated: January 27, 2014

Respectfully submitted,

**COLUMBIA GAS TRANSMISSION LLC**
By Counsel

*/s/ Jessica D. Fegan*

John D. Wilburn (Federal Bar No. 16902)
**MCGUIREWOODS LLP**
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5281
jwilburn@mcguirewoods.com

Jessica D. Fegan (Federal Bar No. 28660)
**MCGUIREWOODS LLP**
2001 K Street, Suite 400
Washington, D.C. 20006
Telephone: (202) 857-1728
Facsimile: (202) 828-3328
jfegan@mcguirewoods.com

*Counsel for Columbia Gas Transmission LLC*