**Baltimore County**

New Search (http://sdat.resiusa.org/RealProperty)

District: **08**   Account Number: **2100003003**

2200013320



EXHIBIT 5