**Harford County**

District: **04**   Account Number: **065409**

065417
057090

New Search (http://sdat.resiusa.org/RealProperty)



EXHIBIT 6