

GRAND LODGE OF ANCIENT FREE & ACCEPTED MASONS OF MARYLAND

MD-BA-127.000

MD-BA-127.110

BALTIMORE COUNTY MARYLAND

STRINGING CORRIDOR

300'x200' ADDITIONAL TEMPORARY WORKSPACE

LAT:    N 39° 30' 22.37"
LONG:  W 76° 39' 43.42"

NORTHING = 670138.33'
EASTING = 1407690.18'

BH-22: DEPTH 320'
LAT:    N 39°30'22.15"
LONG:  W 76°3943.70"

NORTHING = 670116.12'
EASTING = 1407668.64'

Access to BH-22 is from International Circle take AR-0900 to ROW.

INTERNATIONAL CIRCLE

**EXHIBIT 9**

