

EXHIBIT 10