## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Columbia Gas Transmission LLC )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>Those Certain Parcels in Baltimore County and Harford )<br>County, Maryland, et al. )<br>)<br>**Defendant** ) | Case No.: JFM 14-cv-0220 |

### AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in Condemnation with Exhibits in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on January 31, 2014 at 2:10 PM, I served Liberty Property Limited Partnership c/o CSC-Lawyers, Inc. Service Co., Resident Agent with the Summons and Complaint in Condemnation with Exhibits at 7 St. Paul Street, Suite 1660, Baltimore, Maryland 21202 by serving Lauren Rupkey, Customer Service Specialist, authorized to accept.

Lauren Rupkey is described herein:
Gender: Female   Race/Skin: White   Hair: Red   Age: 30   Height: 5'5"   Weight: 150

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

2·4·14
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-102690                                                                                                                 Client Reference: N/A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Columbia Gas Transmission LLC ) | |
| ) | |
| ) | |
| ) | |
| Plaintiff ) | Case No.: JFM 14-cv-0220 |
| ) | |
| v. ) | |
| ) | |
| Those Certain Parcels in Baltimore County and Harford ) | |
| County, Maryland, et al. ) | |
| ) | |
| Defendant ) | |

## AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I having been duly authorized to make service of the Summons and Complaint in Condemnation with Exhibits in the above entitled case.

That on February 02, 2014 at 11:00 AM, I served Phyllis Bunker Bosley with the Summons and Complaint in Condemnation with Exhibits at 14611 York Road, Sparks Glencoe, Maryland 21152 by serving Kenneth Bosley, husband of Phyllis Bunker Bosley, a person of suitable age and discretion, who stated that he/she resides therein with the defendant.

Kenneth Bosley is described herein as:
Gender: Male   Race/Skin: White   Hair: White   Age: 74   Height: 6'0"   Weight: 195

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

2/4/14
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 14-102688                                                                                                   Client Reference: N/A

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Columbia Gas Transmission LLC** <br><br> **Plaintiff** <br><br> v. <br><br> **Those Certain Parcels in Baltimore County and Harford County, Maryland, et al.** <br><br> **Defendant** | ) ) ) ) ) ) Case No.: JFM 14-cv-0220 ) ) ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in Condemnation with Exhibits in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on February 02, 2014 at 11:00 AM, I served Balama Farms, Inc. c/o Kenneth T. Bosley, Resident Agent with the Summons and Complaint in Condemnation with Exhibits at 14611 York Road, Sparks Glencoe, Maryland 21152 by serving Kenneth T. Bosley, Resident Agent, authorized to accept.

Kenneth T. Bosley is described herein:
Gender: Male    Race/Skin: White    Hair: White    Age: 74    Height: 6'0"    Weight: 195

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 2/4/14

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Columbia Gas Transmission LLC** | ) |
| | ) |
| **Plaintiff** | ) Case No.: JFM 14-cv-0220 |
| v. | ) |
| **Those Certain Parcels in Baltimore County and Harford County, Maryland, et al.** | ) |
| **Defendant** | ) |

### AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint in Condemnation with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on February 02, 2014 at 11:00 AM, I served Kenneth Thomas Bosley with the Summons and Complaint in Condemnation with Exhibits at 14611 York Road, Sparks Glencoe, Maryland 21152 by serving Kenneth Thomas Bosley, personally.

Kenneth Thomas Bosley is described herein as:
Gender: Male   Race/Skin: White   Hair: White   Age: 74   Height: 6'0"   Weight: 195

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

2/11/14
Executed on:

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050