UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

June 9, 2014

MEMO TO COUNSEL RE:   Columbia Gas Transmission v. Those Certain Parcels, etc.
Civil No. JFM-14-220

Dear Counsel:

    I have reviewed the status report and request for hearing filed by plaintiff. Plaintiff is hereby ordered to post a bond (a cash bond would be sufficient) in the amount of $10,000.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge