UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 25, 2014

MEMO TO COUNSEL RE:   Columbia Gas Transmission v. Those Certain Parcels, etc.
Civil No. JFM-14-220

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendants' motion for additional findings and amended judgment. The motion (document 33) is denied except to the extent that it seeks an increase in the amount of bond being posted by plaintiff. In light of the anticipated duration of plaintiff's invasion of defendants' properties (six weeks) which is much longer than I had expected, I do not think that the $10,000 bond that I ordered is sufficient. Therefore, plaintiff is ordered to post a $100,000 bond on or before August 1, 2014.

      Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge